UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES THURMAN,<br>    *Plaintiff* | )<br>)<br>)   Case No. 1:23-cv-79-CLC-CHS |
| v. | ) |
| JARED PRICE, MR. JOE GUY,<br>MISS JOE GUY,<br>    *Defendants.* | )<br>)<br>)<br>) |

## O R D E R

Magistrate Judge Christopher H. Steger filed a report and recommendation recommending the Court: (1) deny Plaintiff's motion to proceed *in forma pauperis* and (2) grant Plaintiff thirty days to pay the $350.00 filing fee to the Clerk of Court or have the matter dismissed for failure to prosecute. (Doc. 6 at 2.) Plaintiff has not filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 6) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Plaintiff's Motion (Doc 1) to proceed *in forma pauperis* is **DENIED;**

(2) Plaintiff shall pay the requisite filing fee to the Clerk of Court on or by **November 1, 2023;**

(3) If the filing fee has not been received by **November 1, 2023**, the Clerk's office is directed to close this matter.

**SO ORDERED.**

**ENTER:**

/s/

**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**